IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

RAYMOND K. WATTS, JR., )
)
    Petitioner, )
)
v. ) CIVIL ACTION NO.: CV214-106
)
SUZANNE R. HASTINGS, Warden, )
)
    Respondent. )

## ORDER

Petitioner, Raymond K.. Watts, Jr., an inmate at the Federal Satellite Low in Jesup, Georgia, paid the filing fee and filed an action ostensibly pursuant to 28 U.S.C. § 2241. Petitioner's claims are for civil rights violations. Watts is not contesting the computation of his earned time or the execution of his sentence, but is challenging the conditions of his confinement. Such a suit must be brought pursuant to 28 U.S.C. § 1331 and Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971). By Order dated July 29, 2014, Watts was advised of this distinction. He was also advised that if he desired to proceed with his claims he was obligated to pay the filing fee of $350.00. Watts was further advised that if he did not timely respond to that Order this action would be dismissed without prejudice. Petitioner has responded to that Order, without paying the remainder of the filing fee or moving to proceed in forma pauperis, asserting that his claims are proper under 28 U.S.C. § 2241. This action is **DISMISSED**, without prejudice. The Clerk is authorized and directed to return the $5.00 filing fee to

Petitioner. If Watts wishes to proceed with his claims, he should do so pursuant to 28 U.S.C. § 1331 and Bivens v. Six Unknown Federal Narcotics Agents, 403 U.S. 388 (1971).

**SO ORDERED**, this 13 day of August, 2014.

LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)